UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER GAKUBA,

                      Petitioner,

-against-

WARDEN JOHN/JANE DOE,

                      Respondent.

22-CV-1039 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued February 22, 2022, dismissing the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that this successive petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging Petitioner's Illinois conviction is dismissed without prejudice for lack of jurisdiction because Petitioner has not obtained authorization from the appropriate court of appeals.

    Because the petition, at this time, makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 22, 2022
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge